## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

FRANCISCO ARMANDO         :
MORAN VALLE,              :
           Petitioner,      :
                        :
      v.                   :     Civil No.: 2:25-cv-7110
                        :
CAMILLA WAMSLEY, et al.,    :
           Respondents.    :

_____

## ORDER

**AND NOW**, this  27th  day of February, 2026, upon consideration of the Court's

January 27, 2026 Order (ECF No. 7), and the Court finding no motion pending, **IT IS HEREBY**

**ORDERED** that the Clerk of Court is **DIRECTED** to mark this case **CLOSED**.


BY THE COURT:


_/s/ John M. Gallagher_____
JOHN M. GALLAGHER
United States District Court Judge